# VERIFIED RETURN OF SERVICE

| State of California | County of Northern | District Court |
|---|---|---|

Case Number: 3:22-CV-03790-AGT

Plaintiff:
**Loretta Williams, individually and on behalf of all others similarly situated,**

vs.

Defendant:
**Aftha, LLC, a Florida limited liability company,**

For:
Taylor T. Smith
Woodrow & Peluso LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210

Received by THOMAS TANNER on the 12th day of July, 2022 at 3:47 pm to be served on **Aftha, LLC, c/o Mark Benyaminov, registered agent, 18501 Murdock Circle, Suite 104, Port Charlotte, FL 33948**.

I, THOMAS TANNER, do hereby affirm that on the **19th day of July, 2022** at **4:35 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **21-Day Summons, Order Setting Initial Case Management Conference And Adr Deadlines, Class Action Complaint Jury Trial Demanded** with the date and hour of service endorsed thereon by me, to: **MARK BENYAMINOV** as **Registered Agent** at the address of: **6096 Mayberry Ave, North Port, FL 34287** on behalf of **Aftha, LLC,**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

_____
**THOMAS TANNER**
# 12/3008

**LRI Process Service
1011 S. Federal Hwy
Hollywood, FL 33020
(954) 944-3900**

Our Job Serial Number: LRA-2022004799